UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In re:  Case No. 07-81784-JAC-13
 Chapter 13

JACK R. YOUNG
SSN: XXX-XX-0637
PEGGY S. YOUNG
SSN: XXX-XX-3961
        Debtors

## MOTION FOR AUTHORITY TO SELL
## PROPERTY AND NOTICE OF SALE

COME NOW the debtors in the above styled case and give notice pursuant to Bankruptcy Rules 2002 and 6004 of intent to sell the property described below under 11 U.S.C. §§ 363 (b) (1), and 1303 and, pursuant to Bankruptcy Rule 6004, move the court for an order authorizing them to sell said property and as grounds for said motion state as follows:

1. Debtors filed a chapter 13 petition July 16, 2007.

2. The property to be sold is described as follows:

    2107 Milam Ave., Huntsville, Alabama, described in debtors' petition as their residence.

3. Said property is subject to the following interests:

    Debtors, Jack R. and Peggy S. Young
    Household Finance Corp., mortgage, balance at filing approx. $98,924.16.

4. Said transaction is to be conducted by a private sale, the terms and conditions of which are as follows:

    (a) Property is to be sold to Martha A. Piskulic, an unrelated person.

    (b) Purchase price of $118,000.00, $500.00 earnest money paid, balance to be paid at closing which shall take place on or before January 19, 2010, subject to Court approval. A copy of the closing statement will be provided to the chapter 13 trustee.

(c)  Seller will pay up to $2,500.00 of purchaser's closing expenses, taxes to be prorated.

Case No. 07-81784-JAC-13<br>
Motion to sell property<br>
Page two

(d)  A copy of the contract of sale is attached hereto.

5.  Debtor further moves the court for authority, upon the closing of said transaction to sign all necessary documents on behalf of the estate, to arrange for payment of proceeds on the mortgage held by Household Finance Corp. and any other liens and to pay all costs required of the seller.  Other nonexempt proceeds, if any, shall be paid to the chapter 13 trustee for distribution on claims.

*6.  Objections and request for hearing before the bankruptcy judge, if any, as to the above sale shall be in writing and filed with the clerk of the bankruptcy court and served upon the attorney for debtor in possession at the address as shown hereafter at least five (5) days prior to the date which is set for any hearing of objections filed.  Any objections not timely filed and served will be deemed waived.*

DATED this the 17th day of December, 2009

/s/ Jack B. Sabatini
Jack B. Sabatini
Attorney for debtors
108 South Side Square
Huntsville, AL  35801
(256) 534-4557
Fax (256) 534-7255
jsabatini@sabatinilaw.net

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by depositing a coy of same in the United States Mail, properly addressed and postage prepaid, this the 17th day of December, 2009:

Philip A. Geddes  Kathy Gutierrez, claim signatory
Chapter 13 Trustee  Household Finance Corporation of Alabama
P. O. Box 2388  961 Weigel Drive
Decatur, AL  35602  Elmhurst, IL 60126

All creditors on clerk's certified matrix

                                           /s/ Jack B. Sabatini
                                           Jack B. Sabatini